**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 26-027 (GMM) |
| **USBARDO TRINIDAD-HUNGRIA,**<br>*Defendant.* | VIOLATION:<br>8 U.S.C. § 1326(a) and (b)(1)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE
Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a) and (b)(1))**

On or about January 8, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**USBARDO TRINIDAD-HUNGRIA,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a) and (b)(1).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Foreperson
Dated: Jan 22, 2026

Manuel Muñiz-Lorenzi
Assistant United States Attorney