

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARIANA E. BAUZÁ-ALMONTE**

| | |
|---|---|
| COURT REPORTER: DCR | DATE: January 22, 2026 |
| COURTROOM: OSJ Courtroom 6 | AUSA: Manuel A. Muñiz-Lorenzi |

UNITED STATES OF AMERICA

*Plaintiff*

vs.

USBARDO TRINIDAD-HUNGRIA

*Defendant(s)*

Return of Indictment by the Grand Jury
Criminal No. **26-cr-00027 (GMM)**

Indictment was filed in open court.

**Arraignment/Bail Hearing set for January 26, 2026 at 1:30 PM in Hato Rey Courtroom 7 before U.S. Magistrate Judge Giselle López-Soler.**

Case is assigned to Judge Gina R. Méndez-Miró.

**NEW CASE**:

☐   This Indictment supersedes Criminal Case No. _____.

☒   Defendant(s) **appeared** in magistrate case 26-00015 (M).   Magistrate case merged and closed.

☐   Defendant(s) charged in magistrate case -----, but **not arrested**.   Magistrate case merged and closed.

☐   Defendant(s) **not charged** in magistrate case.

☐   The Court granted the government's motion to seal.

☐   Defendant(s) is/are to remain on same bond.

☒   Defendant(s) is/are under custody.  Marshal to produce the defendant(s).

☐   Arrest warrant(s) to be issued.

☐   Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk