## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **SUPERSEDING INDICTMENT** |
| v. | CRIMINAL NO.  26-027 (GMM) |
| **USBARDO TRINIDAD-HUNGRIA,**<br>Defendant. | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

RECEIVED & FILED
CLERK'S OFFICE

FEB - 5 2026

US DISTRICT COURT
SAN JUAN, PR

5:19
mdz

### COUNT ONE
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Section 1326(a))

On or about January 8, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**USBARDO TRINIDAD-HUNGRIA,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States.

All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Manuel Muniz-Lorenzi
Assistant United States Attorney

TRUE BILL

Foreperson
Dated: Feb 5, 2026