

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARSHAL D. MORGAN**
COURT REPORTER:  Zoom.Gov (Hybrid Proceeding)　　　DATE:   February 5, 2026
COURTROOM:  OSJ Courtroom 6　　　　　　　　　　　　AUSA:   Camille García-Jiménez

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>vs.<br><br>USBARDO TRINIDAD-HUNGRIA<br><br>*Defendant(s)* | Return of Superseding Indictment<br>by the Grand Jury<br>Criminal No. **26-cr-00027 (GMM)** |

Superseding Indictment was filed in open court.

**Arraignment set for February 20, 2026 at 1:30 PM in Hato Rey Courtroom 2 before U.S. Magistrate Judge Marshal D. Morgan.**

Case is assigned to Judge Gina R. Méndez-Miró.

**<u>NEW CASE</u>**:

☒　This Indictment supersedes Criminal Case No. 26-027 (GMM).

☐　Defendant(s) **appeared** in magistrate case -----(M).  <u>Magistrate case merged and closed</u>.

☐　Defendant(s) charged in magistrate case _____, but **not arrested**.  <u>Magistrate case merged and closed</u>.

☐　Defendant(s) **not charged** in magistrate case.

☐　The Court granted the government's motion to seal.

☐　Defendant(s) is/are to remain on same bond.

☒　Defendant(s) is/are under custody.  Marshal to produce defendant(s).

☐　Arrest warrant(s) to be issued.

☐　Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk