## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.                                                    Crim. No. 26-027 (GMM)


USBARDO TRINIDAD-UNGRIA

Defendant


## MOTION FOR CHANGE OF PLEA


Mr. Trinidad has decided to change his plea and enter a straight plea of guilty under the provisions of Rule 11 (c)(1) of the Federal Rules of Criminal Procedure.

WHEREFORE, defendant respectfully requests that a hearing be set to consider his decision.

In San Juan, P.R., May 1, 2026.

I CERTIFY that on this date this motion was filed using the Court's EF/CMS which will automatically give notice of the filing to all counsel, of record.

RACHEL BRILL
Federal Public Defender

*S/Victor P. Miranda-Corrada*
Víctor P. Miranda-Corrada, Esq.
Assistant Federal Public Defender
USDC-PR   201205
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2305
Phone No. (787) 281-2441
victor_miranda@fd.org