**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
   *Plaintiff,*

      vs.

USBARDO TRINIDAD-HUNGRIA,
   *Defendant.*

CRIMINAL NO. 26-27 (GMM)

## SENTENCING MEMORANDUM

Mr. Trinidad-Hungria came to Puerto Rico from the Dominican Republic looking for a better life. For a while, he thought he had found it. He was working in construction, in area in which workers were needed in Puerto Rico. He had a good life. Despite the harshness of recent federal immigration law enforcement, Puerto Rico has traditionally welcomed people from the "sister island," many of whom continue to enrich and contribute to the culture and culture of the island. These days it is easy to forget that there was a time when it was people from Puerto Rico who would emigrate to Hispaniola seeking a better way of life.

Usbardo's good life came to an end in September 2023 when he pleaded guilty to charges of violating Puerto Rico's Weapons Law and was sentenced to three years imprisonment. Upon completing his sentence federal agents arrested him while still in prison and he was charged with breaking the immigration laws of the United States.

In all likelihood Mr. Trinidad-Hungria will be removed from the United

States when he completes the sentence that will be imposed on him in this case. The process may take several months.

Mr. Trinidad was arrested on January 5, 2026. He has been detained ever since. By the time he is set to be sentenced he will have spent approximately seven months at the Metropolitan Detention Center in Guaynabo.

The seven months Mr. Trinidad-Hungria has spent in detention are sufficient to comply with the purposes of sentencing under federal law. Mr. Trinidad is not a violent person, does not consume controlled substances and uses alcohol sporadically. He was not a burden to society when he was in the free community and worked consistently in construction. He completed his GED while imprisoned n the Puerto Rico Corrections system.

Considering that Mr. Trinidad will be deported and that he will no longer be living in the United States no purpose, other than sheer punishment, would be served by sentencing to imprisonment for more time.

Mr. Trindad requests that the court impose a sentence of time served so that he can be processed by the immigration authorities and sent back to his country.

**I CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, January 3, 2022.

2

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

*S/Victor P. Miranda*
Víctor P. Miranda, Esq.
Assistant Federal Public Defender
USDC-PR 201205
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Victor_Miranda@fd.org